IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 09-497-1 |
| | : | |
| KWAME FLUELLEN | : | |

## ORDER

**AND NOW**, this 2nd day of February, 2022, after considering the motion for early termination of supervised release filed by the *pro se* movant, Kwame Fluellen (Doc. No. 245), the response in opposition to the motion filed by the government (Doc. No. 247), and the evidence and argument presented at the virtual evidentiary hearing held on August 31, 2021, during which Mr. Fluellen, United States Probation Officer Kameron Smith, and counsel for the government were present; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the motion for early termination of supervised release (Doc. No. 245) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.